ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Constellation NewEnergy, Inc. | )   ASBCA No. 62518-ADR |
| | ) |
| Under Contract No. DE-AM36-09GO29040 | ) |
|   T.O. N39430-16-F-1803 | ) |

APPEARANCE FOR THE APPELLANT:     William J. Spriggs, Esq.
            Spriggs Law Group
            Sumerduck, VA

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
            Navy Chief Trial Attorney
            Cindy Hurt, Esq.
            Susannah M. Mitchell, Esq.
            Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 6, 2023

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62518-ADR, Appeal of Constellation NewEnergy, Inc., rendered in conformance with the Board's Charter.

Dated:  June 6, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals